IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:25 MJ 6198 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | CARMEN E. HENDERSON |
| ) | |
| DELSHAWN DURVAL LEGG, ) | **ORDER OF DETENTION PENDING** |
| ) | **HEARING** |
| Defendant. ) | |

Upon motion for a continuance pursuant to Title 18, United States Code, Section 3142(f), made by counsel for defendant and/or the government, it is hereby ordered that a preliminary and detention hearing is set for Friday, January 09, 2026 at 11:00 AM before Magistrate Judge Carmen E. Henderson at 337 U.S. Courthouse, 125 ~~Market St., Youngstown, OH 44503.~~

It is further ordered pending this hearing the Defendant shall be held in custody by the United States Marshal and shall be produced for the detention hearing.

**IT IS SO ORDERED.**

_Carmen Henderson_  Dated: January 2, 2026
**Carmen E. Henderson**
**United States Magistrate Judge**